CLOSED, IFPPRO

# U.S. District Court
## District of Maryland (Baltimore)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00978-AMD

Waybright v. Potter
Assigned to: Judge Andre M Davis
Cause: 42:2003 Job Discrimination

Date Filed: 04/14/2006
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Larry Douglas Waybright**  represented by **Larry Douglas Waybright**
Rt. 4
Box 565
Keyser, WV 26726
US
PRO SE

V.

**Defendant**

**John E. Potter**
*Postmaster General U.S. Postal Service*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/14/2006 | 1 | COMPLAINT against John E. Potter, filed by Larry Douglas Waybright. (Attachments: # 1 Civil Cover Sheet)(ljs, Deputy Clerk) (Entered: 04/17/2006) |
| 04/14/2006 | 2 | MOTION for Leave to Proceed in forma pauperis by Larry Douglas Waybright. (ljs, Deputy Clerk) (Entered: 04/17/2006) |
| 04/19/2006 | 3 | ORDER DIRECTING Plaintiff to SUPPLEMENT the complaint; SUBMIT the reduced filing fee of $100.00 within 15 days from the date of this order; PROVIDE a mailing address within this judicial district, as therein set forth. Signed by Judge Andre M Davis on 4/19/06. (c/m 4/19/06 mcb, Deputy Clerk) (Entered: 04/19/2006) |
| 05/05/2006 | 4 | Correspondence from Larry Waybright re: financial hardship. (c/s) (jnl, Deputy Clerk) Additional attachment(s) added on 5/8/2006 (jnl, Deputy Clerk). (Entered: 05/05/2006) |
| 05/09/2006 | 5 | ORDER GRANTING 4 Correspondence CONSTRUED as a Motion to Transfer to the Northern District of West Virginia. Signed by Judge Andre M Davis on 5/9/06. (hml, Deputy Clerk) (Entered: 05/10/2006) |

| 05/10/2006 | ●6 | Correspondence from Clerk to Northern District of West Virginia re: Transfer of Case. (hml, Deputy Clerk) (Entered: 05/10/2006) |

I hereby attest and certify on 5/10/06 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U. S. DISTRICT COURT
DISTRICT OF MARYLAND

By_____ Deputy