AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __WEST VIRGINIA__

LARRY DOUGLAS WAYBRIGHT

**SUMMONS IN A CIVIL CASE**

V.

POSTMASTER GENERAL U.S. POSTAL
SERVICE JOHN E. POTTER

CASE NUMBER: 2:06CV49

TO: (Name and address of Defendant)

John E. Potter, Postmaster General, 475 L'Enfant Plaza, SW, Washington, DC 20260-5540
U.S. Attorney, P.O. Box 591, Wheeling, WV 26003
U.S. Attorney General, Constitution Ave. & 10th Street, NW, Washington, DC 20530
EEOC, 1801 L Street, Washington, DC 20507

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Larry Douglas Waybright, Pro Se
Rt. 4, Box 565
Keyser, WV 26726

an answer to the complaint which is served on you with this summons, within __sixty (60)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Wally Edgell, Ph.D.　　　　　　　　　　　　　　　　　　August 20, 2007
CLERK　　　　　　　　　　　　　　　　　　　　　　　　DATE

Julie Schoonover
(By) DEPUTY CLERK